IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -8 2021

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Heshimo Yaphet Carr, Plaintiff

v.

1. El Paso County Jail AKA "CJC"

2. Sheriff William Elder, "EPSO"

3. El Paso County, Bd Commissioners

___[scribbled out]___, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

__Heshimo Yaphet Carr #00125141__
(Name, prisoner identification number, and complete mailing address)

__2739 E. Las Vegas St. C/S/C 80906__
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other: (*Please explain*) _____

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: __El Paso County Jail (Holding Facility) AKA "CJC"__
(Name, job title, and complete mailing address)
__2739 E. Las Vegas St. C/S/C 80906__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? [✓] Yes ___ No (*check one*). Briefly explain:
__El Paso County Jail is a County Jail ran by el paso County Colorado AKA "CJC"__

Defendant 1 is being sued in his/her [✓] individual and/or [✓] official capacity.

Defendant 2: William Elder Sheriff El Paso County Sheriff office/Jail
(Name, job title, and complete mailing address)
27 East Vermijo St. C/S/C 80903

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

The Operating Director of EPSO and County Jail of el paso county Colorado AKA "CJC"

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: El Paso County, Bd of Commissioners, Commissioners
(Name, job title, and complete mailing address)
of El Paso County Co. 200 S. Cascade C/S/C 80903

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

EPCB. Commissioners hire guards at jail approve Guards/Contract workers i.e. WellPath, make adjustments to jail operations

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) Fourteenth Amendment, Americans w/ Disability Act

*Jeshinn Y Carr*

**D. STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: **Cruel and unusual Punishment**

Supporting facts: El Paso County Jail (1); Sheriff William Elder (2) and El Paso County Bd of Commissioners (3) showed reckless disregard and deliberate indifference to my safety and welfare (protection and safekeeping) subjecting me to cruel and unusual punishment in violation of my active and established eighth amendment protection & 14th. This was done by failing to protect me a pretrial detainee from the deadly COVID 19 virus while I was housed in their el paso county Jail. From the onset of the pandemic (and virus) dates envolved 3/26/20 03/2020 — 01/2021. In spite of the fact, these defendants were aware that I am high risk category with Asthma, hypertension and epilepsy to include African American Conditions Jail has delivered medications since Arrival. date 11/17/19

In spite of these defendants knowing this, El Paso County Jail, Sheriff William Elder, and El Paso County Bd of Commissioners, by (policy, and decision maker inadequacy) or error, to include, neglect of duty, these defendants failed to protect me (there inmate) from the deadly COVID 19 virus.

Hence, Approximately November 2020 as a pretrial detainee at el paso county jail (after one year of incarceration) I contracted the COVID 19 virus, (4) due to the el paso county jail, Facility, Sheriff William Elder (of el paso county) Bd of commissioners failing to properly protect me from the virus & lack of safety precautions. see additional paper

additional paper
#1        1) Statement of Claims

Claim One Continued.

The record will reflect that El Paso County Jail had began testing for COVID19 after Governor Polis ordered the national guard to begin testing weekly. For the first two weeks, I tested negative (for the COVID 19 virus) in a Pod holding 96 inmates. At this time, approx. 40 did test positive "Positive" inmates. They were not removed from the pod, some were allowed to serve food trays to us uninfected. No masks were being made available for inmates. The jail didn't even provide hand sanitizer either. Infected and Uninfected inmates were forced to share rooms, dayhall, eating area, kiosk, visit area, and phones. No spacing was ever available. we also had to share showers, inmates infected with COVID19 and inmates not infected, this is how these defendants El Paso County Jail, its Sheriff William Elder and El Paso County Bd of Commissioners "collectively" enabled/allowed me to contract COVID19 at their facility, w/o question through poor supervision, inadequate hiring and training practices, errors in policy, poor command by sheriff, failure to correct improprieties by The Bd of Commissioners, also by employing defunct Medical Provider. I had tested negative two weeks in a row, but was left living amongst those sick with COVID19 "forced to share unsanitized area." These defendants failed to protect me from COVID19 failed to protect me from inmates who tested positive, their failures caused me to contract the virus!

additional paper #2

## D. Statement of Claims

Claim One Continued

These defendants failed to ensure proper monitoring, tracking and treatment for me once I contracted the virus. This error placed my life in imminent danger as I have been plagued by multiple health problems since contracting COVID19 at El Paso County Jail. The symptoms include Respiratory issues, loss of appetite, numbness or tingling, issues with balance and low energy, brain fog, loss of taste, loss of smell, shortness of breath, dizziness, headaches, weight loss, and nausea. Their have been moments where I was crying out in pain thinking I was gonna die.

El Paso County Jail, Sheriff William Elder, & El Paso County Bd. of Commissioners could have protected me from COVID19, could have prevented me from catching it had they immidiately began following CDC, Public Health Department protocol and protection practices created to protect the public from the deadly virus/ and COVID19 Pandemic. They refused to do this and by refusing placed me, a pretrial detainee, in harms way.

El Paso County Jail, its sheriff William Elder, and The El Paso County, Bd of Commissioners (Authoritive decision makers over all jail operations) failed to demand its Medical provider, adequately provide necessary care and APPROPRIATE treatment for me and those infected by COVID19 @ jail once infected. This is deliberate indifference and reckless disregard dealing with a deadly virus, and lives

additional paper
#3

D. Statement of Claims

The defendants El Paso County Jail, Sheriff William Elder, and El Paso County Bd of Commissioners deprived me of my rights under the color of law. These defendants violated my constitutional rights, forcing me to endure unneccessary pain, the treatment was fundementaly unfair violating my fifth amendment protection, violating protections in the first amendment and most notably the fourteenth Amendment, the equal protections of the law.

I was not and have not been equally protected even though millions of people are dieing from this virus, to include an "EPSO Deputy," and a El Paso County Jail "inmate" both died in April 2020, clearly the deadly virus was at the jail, but still these defendants were not protecting me, nor the inmate population, violating the pledge of their *mission statement "to serve and to protect" (*EPSO, El Paso County Jail*)

The El Paso County Bd of Commissioners (authoritive decision makers for the jail, who choose the guards employed and obligated to correct improprieties at the jail, to maintain safe keeping) along with Sheriff William Elder (Commander of El Paso County Jail) and El Paso County Jail (itself) gave me the deadly COVID19 virus, by acts or by lack of action, (neglect of duty, inadequate, poor supervision) was the casual link, and moving force that placed me in harms way, caused me to contact COVID19 Approx Nov. 2020

additional paper
#4      D. Statement of Claims         Heshimo Z. Carr
claim one continued

El Paso County Jail①, Sheriff William Elder②, and El Paso County Bd of Commissioners③, broke the Law, ignored federal mandates, & Public Health Dept. orders, they did this by not providing inmates with mask once every american was ordered formally to wear, (keep 6ft spacing, and use hand sanitizer) These defendants misled the public and others placing myself and population at jail in imminent danger. The Bd of Commissioners had a legal obligation and job duty to correct The improprieties at jail, they are *charged with, Obligated* to making visits to jail, surely they were aware inmates had not been provided masks, nor seperation from inmates testing positive, the Sheriff has a duty to oversee daily operations and ensure safekeeping for all inmates, El Paso County Jail has a legal and moral obligation to protect the safety and well-fare of all inmates detained to ensure protection (even from avoidable deadly COVID19 virus) Each failed and have caused personal injury to plantiff Heshimo Carr, in failures These defendants have violated this plantiffs protected Constitutional Rights each were aware he was protected by the United States Constitution or should have known. Their acts or lack of action was deliberate and not by accident. They Are Liable

additional paper

#5.  D. Statement of Claims  Heshimo J. Carr

Claim One Continued

Due to El Paso County Jail, Sheriff William Elder El Paso County Bd of Commissioners failing to adequately respond to the deadly COVID19 pandemic regarding the protection of the inmates at the El Paso County Jail where I was a pretrial detainee and inmate. I contracted the virus, COVID19 became severly ill and continue to suffer symptoms that place my life in jeopardy and health in danger. These defendants are liable for my personal injuries that seem to have no timetable for full and complete healing and because of these facts and injuries I have a legal Right to seek damages and compensation to include, monetary relief (an unspecified amount) as I am now. I am entitled to relief I exhausted administrative remedies, therefore I address this court.

This court does have jurisdiction

I make a demand now for damages, relief, compensation

This is my prayer.

Respectfully submitted
Heshimo J. Carr

Heshimo Yaphet Carr
January 30, 2021

Additional Paper

\# D. Statement of Claims                         Heshimu J. Carr

Claim Two pg1

## Diliberate Indifference

Violating this Plantiffs Fourteenth Amendment Right and Protection. El Paso County Jail by failing to Protect Plantiff from COVID19, Failing to properly monitor, treat, and provide medical care after Plantiff contracted COVID19 at the Jail by failing to enact the appropriate, required, necessary policies mandated by Public Health Dept, CDC, and Federal government to include, implementing, safety protocols, masks, 6ft spacing, handsanitizer, seperation of inmates (testing positive, from those not) by failing to enact these procedures or inact protective policies El Paso County Jail failed to uphold its own mission statement "to serve and protect." its actions, or lack of action, neglect of duty, refraining from duty, is a violation of law that subjected plantiff to personal injury, unneccessary pain, constitutional violation, deprivation of rights under the color of law. These acts were not accident, El Paso County Jail was aware of (should have been), The Plantiff was protected by active established Constitutional Protections. El Paso County Jail by failing its own mission statement showed reckless disregard to the life and liberty of this plantiff placed plantiff in harms way caused Plantiff to aquire The deadly COVID19 virus, by leaving Plantiff, a Pretrial detainee housed with other inmates who had tested positive for COVID19, when Plantiff had tested negative. This is diliberate indifference To include El Paso County Jail was aware Plantiff has underlying Conditions

Additional Paper

## D. Statement of Claims

Claim Two pg 2

### Diliberate Indifference

El Paso County Jail was aware Plantiff has been treated for respiratory illness at the jail since intake. Plantiff has chronic asthma and recieves two inhalers, Albuterol and Flucatisone. Plantiff also has Hypertension (high blood pressure), and epilepsy recieving medications at jail for All for more than a year. So when this deadly respiratory virus COVID19 began attacking, the El Paso County Jail had a legal, moral, and fundemental obligation to be proactive in protecting this high risk inmate from the COVID19 virus. But it failed, it did not. El Paso County Jail did not even provide meaningful care for plantiff once Plantiff began to suffer. All it did was randomly check vitals twice. Plantiff now suffers lasting effects, loss of taste, loss of smell, brain fog, dizziness, low energy, balance issues, loss of weight, and other complications exist. But had El Paso County Jail honored its own mission statement to serve and protect, had it hired adequate personnel, had it followed "Public Health Dept." inacting safety protocols, this pretrial detainee wouldnt suffer personal and constitutional injury. This Plantiff is entitled to relief. This Court has jurisdiction. Plantiff makes a demand for unspecied amount of monetary relief and compensation.

Additional paper

D) Statement of Claims    2/Johnny J. Carr

Claim Three pg 1

## Diliberate Indifference

Violating this Plantiff's Fourteenth Amendment Protection and Right by (El Paso Sheriff Office Sheriff William Elder) by failing to ensure a Safekeeping environment at El Paso County Jail, failing to protect the safety and welfare of this Plantiff by failing to adequately protect Plantiff from COVID19 at the Jail, failing to install meaningful safety protocol and precautions, at a meaningful time. Failing to enforce Public Health Dept. Mandates (to inmate population) denying inmates access to masks for months, at the Jail Allowing the inmate population to suffer and catch the COVID19 virus by failing to seperate infected inmates from uninfected inmates (enabling me to become infected) with the COVID19 virus even though I have underlying conditions, Asthma, hypertension and epilepsy, by failing to mandate better medical care at Jail once I contracted COVID19, by failing to provide handsanitizer, and 6ft spacing This Sheriff William Elder violated EPSO and El Paso County Jail/CJC mission statement "To serve and Protect", violated my constitutional rights, deprived me of rights under the color of law, showed diliberate indifference and reckless disregard to my safety, welfare, life, and liberty, subjected me to unneccessary pain, cruel and unusual punishment, and his actions or lack of action have caused me lasting personal injury and severe health problems from contracting COVID19 at the El Paso County Jail Approx November 2020

Additional paper

D statement Xfeshumo Y. Carr

claim three pg 2

## Dileberate Indifference

Sheriff William Elder (EPSO) El Paso County Jail, AKA "CJC" showed dileberate indifference to my safety, welfare and life. He was aware that the COVID19 virus was deadly. Deputy Jeff Hopkins, who worked booking and intake died April 2, 2020 and an inmate also died from COVID19 at the Jail in April 2020, still it would be months before Sheriff William Elder would make masks available for the jail population, this is reckless disregard, dileberate indifference and even worse. This Sheriff had a duty and obligation to ensure a safe environment at the Jail, a daily duty, But months passed and inmates including myself a pretrial detainee was left in harms way without a mask, even though the Sheriff had ordered masks for deputies and all staff, providing for each one.

This sheriff has subjected me to cruel and unusual punishment, excessive punishment, and as stated here dileberate indifference, the lasting problems from COVID19 have affected every aspect of my life especially losing taste and smell. The Sheriff could have protected me but failed by purposely being dileberate indifferent as the world echoed the seriousness of COVID19

For these reasons and my ongoing personal injuries caused by catching COVID 19 appox November 2020 at El Paso County Jail I am seeking damages, compensation This Court does have jurisdiction. I make a demand for relief now, unspecified monetary award.

Additional Paper

D. Statement of Claim

Claim Four: pg 1

### Deliberate Indifference

In violation of this Plantiff's Fourteenth Amendment Right and Protections The El Paso County Bd of Commissioners subjected this pretrial detainee to cruel and unusual punishment, excessive punishment, imminent danger and unneccessary pain by neglecting their duty failing to visit the El Paso County Jail AKA "CJC" to correct the improprieties, the innappropriate operations at the jail, which were The Jail failing to properly protect myself and others from the deadly COVID19 Virus, The deadly virus that had already claimed millions of lives to include a jail deputy, and inmate in April 2020. There fore by El Paso County Bd of Commissioners failing in their moral and legal duty to ensure a safe environment at the jail, ignoring the fact that the jail hadn't placed The Public Health Dept (nor CDC guidelines) into play months after March 2020 (when the pandemic hit) This board of commissioners are guilty of placing me in harms way, guilty and liable for me catching the COVID19 virus, at their jail, and liable for the damages (and personal injury) caused by it

El Paso County Bd of Commissioners allowed the inmate population to go without masks as the virus spread, allowed the jail to house infected inmates with uninfected, failed to order seperation protocol, at a meaningful time to protect me from catching the virus. This lapse in adequate supervision and management placed this Plantiff in grave danger. Plantiff has underlying conditions, Asthma, hypertension, & epilepsy. Issues the jail has treated for over one year prior

Additional Paper

D. Statement of Claim Heshimu J. Carr

Claim Four: pg 2

### Dleberate Indifference

The El Paso County Bd of Commissioners by failing their duty in correcting The COVID 19 improprieties, at the Jail caused this Plantiff to acquire the virus, and suffer poor care (insufficient treatment, monitoring, and tracking) The Bd of commissioner failed to hire, screen, and train adequate personnel. This Bd of Commissioners failed to uphold its Mission Statement "to serve and protect". This Bd of Commissioners simply failed to protect this Plantiff even though this board is a Decision maker, a policy maker for El Paso County Jail. This board allowed a dangerous, deadly and unsafe environment to exist where this plantiff (due to underlying conditions) could have easily died, once contracting COVID 19 at the Jail in November 2020. The damages left from the virus include loss of smell, loss of taste, poor balance, low energy, dizziness, brain fog, nausea, loss of appetite and weight, etc. No timetable for full healing is known. This could have been avoided had the Bd of Commissioners fulfilled their duty to visit the Jail, and order corrections in improprieties to protect safety and welfare of inmate population. They failed, and their failure has caused personal and constitutional injury. I am entitled to relief, compensation, and damages. This Court does have jurisdiction. I am making a demand now for unspecified monetary award.

E.  **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): El Paso County, Co, Correct Care Solutions

Docket number and court: 1:17-CV-02944 LTB D.Colo

Claims raised: D. Deliberate Indifference

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Relief Granted

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

F.  **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

5

E Previous Lawsuits

Name of defendant(s) Zwalley, Thomas
No 18-1197
Cruel Unusual Punishment / Violation 1st Amendment Religious Rights
Dspo: Dismissed / Strike

Name of defendant(s) El Paso County Co Cable, Corpuz
NO 17-CV-02926 MEH
Excessive Force x2
⊙ Dspo. Relief Granted

Name of defendants(s) El Paso County Jail, et al
1:20-CV-02660-RBJ-SKC
Disposition: Pending

## G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

With all due respect to this court. This plaintiff makes a demand for an unspecified amount of monetary relief, and any other form of relief that this Court may find necessary. Plantiff request pro Bono counsel be given to assist with the complexity of this complaint.

This is a clear case of avoidable personal injury. COVID19, severe health consequences, and damages due to my underlying health conditions (issues well documented) for these reasons it is my prayer this court award judgement unspecified monetary relief, compensation, damages

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*[signature]*
(Plaintiff's signature)

January 30, 2021
(Date)

(Form Revised December 2017)

Name: Mr. Heshimo Y. Carr
Admit #: 00125141
Criminal Justice Center
2739 E Las Vegas Street
Colorado Springs, CO 80906

United States
Special Correspondence
Outgoing Legal Mail
2/2/21

PRIORITY MAIL

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
901-19th ST., ROOM A105
DENVER, COLORADO
80294-3589

United States
Special Correspondence
Outgoing legal Mail
2/2/21

